**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: In Re: Keurig Green Mountain  Docket No.: 14-3578

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: George S. Cary

Firm: Cleary Gottlieb Steen & Hamilton LLP

Address: 2000 Pennsylvania Avenue NW, Washington, DC 20006

Telephone: (202) 974-1920   Fax: (202) 974-1999

E-mail: gcary@cgsh.com

Appearance for: Defendant-Appellee Keurig Green Mountain, Inc., FKA Green Mountain Coffee Roasters, Inc., and as successor to Keurig, Inc.
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Geoffrey G. Grivner, Buchanan Ingersoll & Rooney PC and Courtney J. Linn, Orrick Herrington & Sutcliffe LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: s/ George S. Cary

Type or Print Name: George S. Cary