## CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-1801

(202) 974-1500

FACSIMILE
(202) 974-1999

WWW.CLEARYGOTTLIEB.COM

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

MARK LEDDY
GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
KATHERINE MOONEY CARROLL
PAUL R. ST. LAWRENCE
  RESIDENT PARTNERS

KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
JANET L. WELLER
LINDA J. SOLDO
  SENIOR COUNSEL

W. RICHARD BIDSTRUP
STEVEN J. KAISER
JOYCE E. MCCARTY
KATHLEEN W. BRADISH
  COUNSEL

KAREN A. KERR
JOHN P. MCGILL, JR.
THOMAS L. HALL
LARRY WORK-DEMBOWSKI
MEGHAN A. IRMLER
  SENIOR ATTORNEYS

NOWELL BAMBERGER
ELSBETH BENNETT*
GRANT A. BERMANN*
STEPHEN BOWNE
JACOB BOYARS*
NATHAN S. BROWNBACK*
JACOB M. CHACHKIN
STEVEN W. CHURCH*
SARAH CRANDALL
DANIEL CULLEY
MATTHEW A. DAIGLER
LISA M. DANZIG
RYAN M. DAVIS
JOANNA MARIA EL KHOURY*
TABITHA EDGENS*
ELAINE EWING
ERIN FRAKE*
PATRICK FULLER
SAURAV GHOSH
MELISSA L GOHLKE*
JEFFREY AARON HALL
CARRIE ELIZABETH HANSON*
EILEEN HO*
JAMES HUNSBERGER*
PHILLIP L HURST*
BRADLEY JUSTUS
ANNA KARASS*
THOMAS KELLY
ZUZANNA KNYPINSKI
ALBERT LAI

ALEXIS R.B. LAZDA*
JOANNA R. LAMPE*
CHINYELU K. LEE
MEREDITH LEIGH MANN
BENJAMIN A. LEVIN
KATHERINE LEVINE
MACEY LEVINGTON
JENNIFER X. LUO*
CARL L. MALM
MATTHEW A. MCGUIRE
ROBERT A. MCNAMEE*
BENJAMIN MEEKS
DAN MIFFLIN
KARI E. MILLIGAN
MORGAN L. MULVENON
CHRISTINE MUNDIA
NICHOLAS A. ORTIZ
ANTONIO M. POZOS
KENNETH S. REINKER
HAKEEM RIZK*
GREGORY T.W. ROSENBERG*
AARON S. ROSS*
ALYSSA C. SCRUGGS
OMAR SERAGELDIN
SAIF SHAH MOHAMMED
JASON H. SMITH*
ZACK SMITH*
LAUREN E. SNYDER*
CAROLINE STANTON
CHARLES STERLING
TANYA TAUBMAN
TARA LYNN TAVERNIA
TEALE TOWEILL
ASHLEY WALKER
ERIK WITTMAN
  ASSOCIATES

* ADMITTED ONLY TO A BAR OTHER THAN THAT OF THE DISTRICT OF COLUMBIA
  WORKING UNDER THE SUPERVISION OF PRINCIPALS OF THE WASHINGTON OFFICE.

Writer's Direct Dial: +1 202 974 1920
E-Mail: gcary@cgsh.com

November 18, 2014

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14-3578

Dear Ms. Wolfe:

I am counsel for Defendant-Appellee Keurig Green Mountain, Inc. ("Keurig") in the above-captioned matter. On November 17, 2014, Plaintiff-Appellant JBR, Inc. ("JBR") filed its opening brief under seal. Pursuant to Local Rule 31.2(a)(1)(B), Keurig respectfully requests that the Court enter a scheduling order requiring Keurig to submit its appellee's brief by February 17, 2015. As computed under Fed. R. App. P. 26(a), this deadline is within 91 days of the filing of JBR's brief.

Respectfully,

/s/ George S. Cary

George S. Cary

cc: Counsel of Record (via ECF)

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE.